**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANEL BARAJAS-RIOS, | No. 09-72747 |
| Petitioner, | Agency No. A097-734-728 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011[**]

Before:     RYMER, THOMAS, and PAEZ, Circuit Judges.

Anel Barajas-Rios, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing her appeal from an immigration

judge's determination that she was inadmissible under 8 U.S.C.

§ 1182(a)(6)(C)(ii).  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

substantial evidence the agency's findings of fact, *Blanco v. Mukasey*, 518 F.3d 714, 718 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's determination that Barajas-Rios was inadmissible because she made a false claim to being a United States citizen. *See* 8 U.S.C. § 1252(b)(4)(B); *Blanco*, 518 F.3d at 720-21.

**PETITION FOR REVIEW DENIED.**